IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

YANICKO JOHNSON, Individually and on
Behalf of the Wrongful Death Heirs of De'Andre
Smith and Steven Smith                                                                  PLAINTIFFS

VS.                                                                            NO.  3:04cv962-TSL-JCS

GENERAL MOTORS CORPORATION, ET AL.                                      DEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE

This matter came on to be heard on the motion *ore tenus* of the parties to dismiss this civil action with prejudice on the ground that the claims raised herein have been compromised and settled, and the Court being advised in the premises, finds, orders and adjudges as follows:

1. This claims raised in this civil action have been compromised and settled, subject to the approval by a Chancery Court of competent jurisdiction.  The parties have begun the process of obtaining such approval.

2. As the claims have been settled, this civil action should be and the same is hereby dismissed with prejudice.

3. Should the Chancery Court refuse to approve the proposed settlement, the Court will set this order aside.  The Court will also retain jurisdiction to enforce the terms of the settlement should any party refuse to honor the same.

ORDERED AND ADJUDGED this the 5th day of October, 2006.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE

Prepared and Presented By:

/s/ Robert G. Germany
ROBERT G. GERMANY, MSB #4800